438

**FORD v. STATE.**

No. 26119.

Court of Criminal Appeals of Texas.

Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is on a plea of guilty before the court for the offense of selling beer in a dry area, the punishment being a fine of $150.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the court.

**FORD v. STATE.**

No. 26120.

Court of Criminal Appeals of Texas.

Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon her plea of guilty before the court, appellant was convicted of the offense of unlawfully selling beer, with punishment assessed at a fine of $150.

No statement of facts or bills of exception accompany the record. Nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the court.